**Motion Granted in Part and Denied in Part and Order filed April 13, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00827-CV
_____

**THOMPSON HANCOCK WITTE & ASSOCIATES, INC., Appellant**

**V.**

**BRAZOS PRESBYTERIAN HOMES, INC., Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2016-81155**

_____

NO. 14-21-00091-CV
_____

**THOMPSON HANCOCK WITTE & ASSOCIATES, INC., Appellant**

**V.**

**STANLEY SPURLING & HAMILTON, INC., Appellee**

**On Appeal from the 55th District Court**

## ORDER

Appellant filed an agreed motion to consolidate these two appeals and to set a briefing schedule. We deny the request to consolidate and grant the request to set a briefing schedule.

When multiple notices of appeal from the same judgment or order have been filed by adverse parties, the court encourages the parties to consider requesting consolidation of those appeals. However, these appeals are not from the same judgment or order, nor are they from the same trial court cause. Appeal 14-20-00827-CV is an accelerated appeal from the denial of a motion to dismiss under chapter 150 of the Civil Practice and Remedies Code in trial court cause 2016-81115. Appeal 14-21-00091-CV is a non-accelerated appeal from the final judgment in trial court cause 2016-9115-A. The clerk's records in the two appeals differ; the record in appeal 14-20-00827-CV comprises eight volumes, and the record in appeal 14-21-00091-CV comprises four volumes. Consolidation of these appeals is not appropriate.

Per the parties' request, and subject to further motions to extend time, the court establishes the following briefing schedule:

a.     Appellant's brief in each appeal is due on or before April 21, 2021;

b.     Appellee Brazos Presbyterian Homes, Inc.'s brief is due 30 days after appellant's brief is filed in appeal 14-20-00827-CV;

c.     Appellee Stanley Spurling & Hamilton, Inc.'s brief is due 30 days after appellant's brief is filed in 14-21-00091-CV; and

d.      Appellant's reply brief in each appeal is due 20 days after the day the appellee's brief in that appeal is filed.

Appellant's motion asks that it be permitted to file a single brief that applies to both appeals. The court will not prohibit appellant from doing so but expresses no opinion as to whether such a brief is advisable under the circumstances of these appeals. Any document meant to be filed in both appeals shall bear both appeal numbers.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.